IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KADER M TRAORE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-1867-RP |
| | § | |
| MARKWAYNE MULLIN, *in his official capacity as* | § | |
| *Secretary, U.S. Department of Homeland Security*, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Pro Se Petitioner Kader M Traore's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed on July 8, 2026. (Pet., Dkt. 1). On July 13, 2026, pursuant to 28 U.S.C. § 2243, the Court ordered Respondents to show cause within three days as to why the petition should not be granted. (Dkt. 3). On July 16, 2026, Respondents Markwayne Mullin and Todd Blanche (collectively, "Respondents")[1] filed a response in opposition, (Dkt. 4). In light of Respondents' arguments that Petitioner is not subject to mandatory detention but rather is subject to 8 U.S.C. § 1227(a)(1)(B) and has the right to seek a custody redetermination hearing before an immigration judge under § 1226 but has not requested one, (Resp., Dkt. 4, at 3), the Court ordered Petitioner to file a reply or amended petition, addressing whether Petitioner has requested a bond hearing in the immigration court, on or before August 11, 2026. (Order, Dkt. 5).

On July 31 and August 6, 2026, Petitioner provided Replies. (*See* Dkts. 7, 8). In his Replies, Petitioner states that he has not requested a bond hearing and contends that Respondents have failed to meaningfully respond to the principal constitutional claims presented in his Petition—i.e., Respondents' alleged denial of Petitioner's medically-necessary postoperative treatment and

[1] The Response is filed only on behalf of the federal employees in this action. (Resp., Dkt. 4, at 2 n.1).

Petitioner's due process claims regarding repeated transfers, interference with counsel, and interference with preparation of his immigration case. (*See generally* Dkts. 7, Dkt. 8).

Accordingly, **IT IS ORDERED** that Respondents shall file supplemental briefing addressing Petitioner's claims as outlined above **on or before September 2, 2026**.

**IT IS FURTHER ORDERED** that Petitioner may respond to Respondents' supplemental briefing **on or before September 9, 2026**.

**SIGNED** on August 25, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE